**JML LAW**
A PROFESSIONAL LAW CORPORATION
21052 OXNARD STREET
WOODLAND HILLS, CALIFORNIA 91367
Tel: (818) 610-8800
Fax: (818) 610-3030

JOSEPH M. LOVRETOVICH, STATE BAR NO. 73403
jml@jml.com
DAVID F. TIBOR, STATE BAR NO. 230563
david@jmllaw.com
JASON M. YANG, STATE BAR NO. 287311
jason@jmllaw.com

**Attorneys for Plaintiff**
Michael Williams

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WILLIAMS, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>HARVEST MANAGEMENT SUB TRS CORP., a Delaware corporation dba HOLIDAY RETIREMENT; VH SHASTA ESTATES LP, a Delaware limited partnership dba HOLIDAY RETIREMENT; and DOES 1-50, inclusive;<br><br>Defendants. | Case No. 2:15-cv-01648-JAM-AC (~~DB~~) *jam*<br><br>[~~PROPOSED~~] **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**<br><br>Hearing: April 19, 2016<br>Time: 1:30 p.m.<br>Location: Courtroom 6 |

1

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

1  Joseph M. Lovretovich, D. David F. Tibor, and Jason M. Yang of JML Law,
2  A Professional Law Corporation (collectively "JML Law") seek to withdraw as
3  counsel for Plaintiff in the above-captioned matter pursuant to Local Rule 182,
4  Rule 3-700 under the California Rules of Professional Conduct, and Model Rule of
5  Professional Conduct 1.16(b)(6). As this Court finds that JML Law has submitted
6  satisfactory reasoning for withdrawal, and that the granting of its Motion will not
7  cause substantial prejudice or delay to any party,

8  IT IS HEREBY ORDERED that JML Law's Motion to Withdraw as
9  Counsel for Plaintiff is GRANTED, and JML Law is hereby terminated as counsel
10 in this proceeding.

12 DATED: April 19, 2016   By: _____
                                Hon. John A. Méndez
                                United States District Court

---

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**