UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>HARVEST MANAGEMENT SUB TRS CORP., et al,<br><br>    Defendants. | No.  2:15-cv-1648 JAM DB PS<br><br><br><br>ORDER |

Plaintiff, Michael Williams, is proceeding in this action pro se.  This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On June 10, 2016, defendants filed a motion to dismiss this action for lack of prosecution and noticed the matter for hearing on August 17, 2016.  (Dkt. No. 18.)  On July 20, 2016, however, the previously assigned Magistrate Judge issued findings and recommendations recommending that this action be dismissed due to plaintiff's failure to keep the court apprised of his current address.[1]  (Dkt. No. 19.)

/////

/////

---

[1] On August 2, 2016, the matter was reassigned from the previously assigned Magistrate Judge to the undersigned.

1

1   Accordingly, IT IS HEREBY ORDERED that defendants' June 10, 2016 motion to
2   dismiss (Dkt. No. 18) is denied without prejudice to renewal as having been rendered moot.
3   Dated:  August 4, 2016

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DDB:6
Ddb1\orders.pro se\williams1648.den.moot.ord.docx

2